```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 49129
   REYNATO V GUEVARRA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6331

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/04/2003 and was confirmed 03/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
ALLIANCE MORTGAGE         CURRENT MORTG        .00           .00            .00
EVERHOME MORTGAGE CO      MORTGAGE ARRE   41740.52           .00       41740.52
COMMERCIAL CREDIT SERVIC  NOTICE ONLY     NOT FILED          .00            .00
ECMC                      UNSECURED        3326.40           .00        3326.40
DAVID J AXELROD & ASSOC   UNSECURED       NOT FILED          .00            .00
PHILIP A IGOE             DEBTOR ATTY      2,394.00                     2,394.00
TOM VAUGHN                TRUSTEE                                       2,936.98
DEBTOR REFUND             REFUND                                        1,062.83

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 51,460.73

PRIORITY                                              .00
SECURED                                         41,740.52
UNSECURED                                        3,326.40
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                             2,936.98
DEBTOR REFUND                                    1,062.83
                        --------------         --------------
TOTALS                   51,460.73              51,460.73
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE